COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR  REHEARING

Appellate case name:     Phillippe Tanguy, 13500 Air Express, L.L.C. and 13500 Air Express,
                         L.P., and PTRE Holdings. L.P. **V.** William G. West, as Chapter 7
                         Trustee of Richard Davis, Debtor, and Eva S. Engelhart, Receiver

Appellate case number:   01-14-00455-CV

Trial court case number: 2013-67779

Trial court:             270th District Court of Harris County

Date motion filed:       12/2/16

Party filing motion:     Appellants

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack
                         ☐ Acting Individually  ☒  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Brown


Date:  April 4. 2017